USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/29/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**-------------------------------------------------------------X**

**NELLI AULEN,**

**Plaintiff,**

**Case No.: 26-CV-5561**

**v.**

**GINZA 2 LLC d/b/a MARI VANNA RESTAURANT,**

**Defendant.**

**-------------------------------------------------------------X**

**JUDGMENT**

A notice of acceptance of the Rule 68 Offers of Judgment having been filed on October 20, 2026 and Defendant having offered Plaintiffs Nelli Aulen, Vladyslav Isaiev, Volodymyr Yavorskyi, Karina Ukhova, Alexandra Vorobyeva, Palina Karatseyeva, Oleksiy Ostapok, and Jacob Babichaev ("Plaintiffs") an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendant in the total amount of $28,000.00 inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims to the date of this offer; it is,

ORDERED and ADJUDGED that Judgment is entered in favor of Nelli Aulen, Vladyslav Isaiev, Volodymyr Yavorskyi, Karina Ukhova, Alexandra Vorobyeva, Palina Karatseyeva, Oleksiy Ostapok, and Jacob Babichaev against Defendant in the total amount of $28,000.00 inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims to the date of this offer.

Dated: October 29, 2026
New York, New York

Hon. Analisa Torres
United States District Judge